JOHN DRAGOS, Respondent, *v.* MUNSON STEAMSHIP LINE, Appellant.

(Argued October 11, 1928; decided October 26, 1928.)

*Corydon B. Dunham* for appellant.

*Harold R. Medina*, *Jacquin Fank* and *David M. Fink* for respondent.

 no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.